EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-53-FL

| | |
|---|---|
| FREDA L. CARTER, )<br>　　　Plaintiff, )<br>　　　　　　　　　　　)<br>　　　　v. )<br>　　　　　　　　　　　)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social )<br>Security, )<br>　　　Defendant. ) | ORDER OF DISMISSAL<br>PURSUANT TO<br>FED. R. CIV. P. 41(a)(2) |

　　　Pursuant to the Plaintiff's Motion and consent by the Defendant, this Court hereby orders that this case be dismissed without prejudice.

　　　This the __19th__ day of ____July____, 2010.

_____
United States District Court Judge